# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts  **Category No.** II  **Investigating Agency** FBI

**City** Lowell and Tyngsborough

**County** Middlesex

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number: See attached
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-CR-10201-AK-1  ☑ Yes  ☐ No

**Defendant Information:**

- Defendant Name: Scott Fournier
- Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- Alias Name: S.G.
- Address: Lowell, MA
- Birth date (Yr only): 1991
- SSN (last 4#): 9501
- Sex: M
- Race: W
- Nationality: _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

- AUSA: Fred M. Wyshak, III
- Bar Number if applicable: 674033

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 8

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/29/2025    Signature of AUSA: *Fred M. Wyshak, III*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Scott Fournier

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams and More of Methamphetamine | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) | Possession with Intent to Distribute 500 Grams and More of Methamphetamine | 2-3 |
| Set 3 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) | Distribution of and Possession with Intent to Distribute 50 Grams and More of Methamphetamine | 4-5 |
| Set 4 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) | Distribution of and Possession with Intent to Distribute 500 Grams and More of Methamphetamine | 6-8 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Attachment

Search warrant case numbers

23-MJ-7362-JCB
23-MJ-7435-JCB
23-MJ-7437-JCB
24-MJ-7236-JCB
24-MJ-7248-JCB
24-MJ-8512-PGL